```
McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,    )<br>                              )<br>      v.                     )<br>                              )<br>URIEL MORA CAMACHO,           )<br> aka Uriel Camacho Mora,      )<br>                              )<br>            Defendant.       )<br>_____) | STIPULATION AND ORDER<br>CONTINUING PRELIMINARY HEARING |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Assistant Federal Defender Lexi Negin, counsel for defendant URIEL MORA CAMACHO, that the preliminary hearing currently set for Friday, October 26, 2007, at 2:00 p.m., should be reset for Monday, October 29, 2007, at 2:00 p.m.. The parties anticipate that the defendant will plead guilty to a misdemeanor offense at that time.

    A finding of good cause does not need to be made in this case as the new date for the preliminary hearing does not extend beyond the statutory 10-day window for conducting preliminary hearings contained in Fed. R. Crim. P. 5.1(c). As the defendant was

1

1  initially brought before the Court on Tuesday, October 23, 2007, and
2  ordered detained at that time, the time line contained in Rule 5.1
3  will not be implicated until Tuesday, November 6, 2007.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: October 25, 2007          /s/ Kyle Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney

Dated: October 25, 2007          /s/ Kyle Reardon for
                                        LEXI NEGIN
                                        Counsel for the defendant

1                                 ORDER
2        Based upon the representations by counsel and the stipulation
3   of the parties, IT IS HEREBY ORDERED that the Preliminary Hearing
4   currently set for Friday, October 26, 2007, at 2:00 p.m., is reset
5   to Monday, October 29, 2007, at 2:00 p.m..
6        IT IS SO ORDERED.
7
8   Date: October 25, 2007.
9
10                                  _____
                                    U.S. MAGISTRATE JUDGE