McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>URIEL MORA-CAMACHO,<br>aka Uriel Camacho Mora,<br>Defendant. | No. 2:07-cr-00482-MCE<br><br>MOTION TO DISMISS INDICTMENT and ORDER DISMISSING INDICTMENT |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the indictment against Uriel Mora-Camacho, filed on October 25, 2007, in CR. No. S-07-0482 MCE. On October 29, 2007, in the courtroom of Magistrate Judge Kimberly J. Mueller, the defendant pleaded guilty to a superseding information charging a misdemeanor violation of 8 U.S.C. § 1325(a)(1) - illegal entry by an alien.

///

///

///

///

The defendant waived appeal and was sentenced to two months confinement.

DATED: October 29, 2007

McGREGOR W. SCOTT
United States Attorney

By */s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

APPROVED AND SO ORDERED.

Dated: October 31, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE